**O**

1
2
3
4
5
6
7

# United States District Court
# Central District of California

8
9
10

| | |
|---|---|
| 11 FAISAL MOLEDINA, | Case № 2:25-cv-05656-ODW (AGRx) |
| 12        Plaintiff, | |
| 13    v. | **ORDER DENYING MOTION TO** |
| 14 ZEVIA, LLC et al., | **DISMISS AS MOOT [11]** |
| 15        Defendants. | |
| 16 | |

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

On July 28, 2025, Defendants Zevia Corporation and Zevia, LLC filed a Federal Rule of Civil Procedure 12(b) motion to dismiss in this case. (ECF No. 11.) On August 18, 2025, Plaintiff Faisal Moledina filed a First Amended Complaint, twenty-one days after Defendants filed its responsive pleading. (ECF No. 13.) Federal Rule of Civil Procedure 15(a)(1) allows Plaintiff to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiff's amended complaint was proper. As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

August 19. 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**